```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., #177913
    Assistant Federal Defender
 3  Designated Counsel For Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorneys for Defendant
    JUSTO BORJAS-RIVERA
 7
```

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

```
10  UNITED STATES OF AMERICA,    ) No. 09-319 FCD
                                 )
11               Plaintiff,      ) STIPULATION AND ORDER TO CONTINUE
                                 ) STATUS CONFERENCE TO NOVEMBER 30,
12       v.                      ) 2009, AT 10:00 a.m.
                                 )
13  JUSTO BORJAS-RIVERA,         ) Date:  October 13, 2009
                                 ) Time:  10:00 a.m.
14               Defendant.      ) Judge: Hon. Frank C. Damrell, Jr.
    _____)
15
```

16      IT IS HEREBY STIPULATED by the parties, through counsel, Michael

17 D. Anderson, Assistant United States Attorney, and Michael Petrik, Jr.,

18 attorney for Mr. Borjas, that the Court should vacate the status

19 conference scheduled for October 13, 2009, at 10:00 a.m., and reset it

20 for November 30, 2009, at 10:00 a.m.

21      Counsel for Mr. Borjas awaits the forthcoming Pre-Plea Advisory

22 Guideline Presentence Investigation Report.  Counsel requires the

23 continuance in order to review the report with Mr. Borjas, and to

24 engage in plea negotiations with the government.

25      It is further stipulated between the parties that the Court should

26 exclude the period from the date of this order through November 30,

27

28  STIPULATION AND ORDER                 1                        09-319 FCD

1  2009, when it computes the time within which the trial of the above
2  criminal prosecution must commence for purposes of the Speedy Trial
3  Act.  The parties stipulate that the ends of justice served by granting
4  Mr. Borjas' request for a continuance outweigh the best interest of the
5  public and Mr. Borjas in a speedy trial, and that this is an
6  appropriate exclusion of time for defense preparation within the
7  meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

8  Dated: October 7, 2009                Respectfully submitted,

9                                        DANIEL BRODERICK
                                         Federal Defender
10
                                         /s/ M.Petrik
11                                       _____
                                         MICHAEL PETRIK, Jr.
12                                       Assistant Federal Defender
                                         Attorneys for Defendant
13

14 Dated: October 7, 2009                LAWRENCE G. BROWN
                                         United States Attorney
15
                                         /s/ M.Petrik for Michael D. Anderson
16                                          (consent via email)
                                         _____
17                                       MICHAEL D. ANDERSON
                                         Assistant U.S. Attorney
18

19                                **ORDER**

20     **IT IS SO ORDERED.**  The Court further orders time excluded from the
21 date of this order through the status conference on November 30, 2009,
22 pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

23

24 DATED: October 7, 2009

25                                       _____
26                                       FRANK C. DAMRELL, JR.
                                         UNITED STATES DISTRICT JUDGE
27

28 STIPULATION AND ORDER                    2                        09-319 FCD