```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., #177913
    Assistant Federal Defender
 3  Designated Counsel For Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorneys for Defendant
    JUSTO BORJAS RIVERA
 7
```

8                      UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 | UNITED STATES OF AMERICA, ) | No. 2:09-CR-319 FCD |
| 11 | Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE |
| | ) | STATUS CONFERENCE TO JANUARY 25, |
| 12 | v. ) | 2010 |
| | ) | |
| 13 | JUSTO BORJAS RIVERA, ) | Date: November 30, 2009 |
| | ) | Time: 10:00 a.m. |
| 14 | Defendant. ) | Judge: Hon. Frank C. Damrell, Jr. |
| 15 | _____ ) | |

16      The parties stipulate, through respective counsel, Michael D.

17 Anderson, Assistant United States Attorney, and Michael Petrik, Jr.,

18 attorney for Mr. Borjas, that the Court should vacate the status

19 conference scheduled for November 30, 2009, at 10:00 a.m., and set a

20 new conference date of January 25, 2010, at 10:00 a.m.

21      Counsel for Mr. Borjas requires further time to review discovery

22 with him, and to negotiate with the government in an effort to resolve

23 this matter.

24      The parties further stipulate that the Court should exclude the

25 period from the signing of this order through January 25, 2010, when it

26 computes the time within which the trial of the above criminal

27

28  STIPULATION AND ORDER              1                    2:09-CR-319 FCD

1   prosecution must commence for purposes of the Speedy Trial Act.  The
2   parties stipulate that the ends of justice served by granting this
3   request for a continuance outweigh the best interest of the public and
4   Mr. Borjas in a speedy trial, and that this is an appropriate exclusion
5   of time within the meaning of 18 U.S.C. § 3161(h)(7)(A) & (B) (Local
6   Code T4).

8   Dated: November 24, 2009           Respectfully submitted,

                                       DANIEL BRODERICK
                                       Federal Defender

                                       /s/ M.Petrik
                                       _____
                                       MICHAEL PETRIK, Jr.
                                       Assistant Federal Defender
                                       Attorneys for Defendant

15  Dated: November 24, 2009           BENJAMIN B. WAGNER
                                       United States Attorney

                                       /s/ M.Petrik for Michael D. Anderson
                                       _____
                                       MICHAEL D. ANDERSON
                                       Assistant U.S. Attorney

**ORDER**

   **IT IS SO ORDERED.**

24  DATED: November 24, 2009
                                       _____
                                       FRANK C. DAMRELL, JR.
                                       UNITED STATES DISTRICT JUDGE