1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT
9                          EASTERN DISTRICT OF CALIFORNIA
10
11   UNITED STATES OF AMERICA,
12           Plaintiff,                         No. CR. S-07-0457 EJG
13      v.
14   JUSTO BORJAS-RIVERA,                       **RELATED CASE ORDER**
15           Defendant.
                                       /
16
     UNITED STATES OF AMERICA,
17
             Plaintiff,                         No. CR. S-09-0319 FCD
18
        v.
19
     JUSTO BORJAS-RIVERA,
20
             Defendant.
21   _____/
22         Examination of the above-entitled actions reveals that they are related within the meaning
23   of Local Rule 83-123(a) (E.D. Cal. 1997).  The actions involve the same defendant and are based
24   on similar questions of fact, and would therefore entail a substantial duplication of labor if heard
25   by different judges.  Accordingly, the assignment of the matters to the same judge is likely to
26   effect a substantial savings of judicial effort and is also likely to be convenient for the parties.
27         The parties should be aware that relating the cases under Local Rule 83-123 merely has
28   the result that these actions are assigned to the same judge; no consolidation of the actions is

1 effected.  Under the regular practice of this court, related cases are generally assigned to the
2 judge and magistrate judge to whom the first filed action was assigned.
3     IT IS THEREFORE ORDERED that pursuant to General Order No. 372 the action
4 denominated, CR.S-07-0457 EJG is reassigned to Judge Frank C. Damrell, Jr. for all further
5 proceedings, and any dates currently set in the reassigned case <u>only</u> are hereby VACATED.
6 Henceforth, the caption on documents filed in the reassigned cases shall be shown as **CR. S-07-**
7 **0457 FCD**.
8     IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the
9 assignment of criminal cases to compensate for this reassignment.
10     IT IS SO ORDERED.
11 DATED:  November 24, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE